ERIC W. PAYNE VS. DISTRICT OF COLUMBIA     Civil/Criminal No. 10 CV 679

Government ☐
Plaintiff ✓
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 17 | OCFO ORGANIZATION CHART | 11/8/16 | 11/8/16 | SEBASTIAN LORIGO | |
| 27 | EMAIL FROM ERIC PAYNE TO WILLIAM DIVELLO - 6/23/08 RE: IT CONCERNS | 11/8/16 | 11/8/16 | WILLIAM DIVELLO | |
| 27A & 27B | ADDITIONAL ATTACHMENTS TO EXHIBIT 27 | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 107 | ERIC PAYNE'S TERMINATION PROPOSAL (PAGE #1) (BATES 1766) | 11/8/16 | 11/8/16 | LASHARN MORELAND | |
| 2 | OFCO PERFORMANCE MANAGEMENT PROGRAM MANUAL | 11/8/16 | 11/9/16 | LASHARN MORELAND ERIC W. PAYNE | |
| 4 | PERFORMANCE EVALUATION FOR ERIC PAYNE 10/1/04 TO 9/30/05 | 11/8/16 | 11/8/16 | ERIC W. PAYNE | |
| 5 | PERFORMANCE EVALUATION FOR ERIC PAYNE 10/1/05 TO 9/30/2006 | 11/8/16 | 11/8/16 | ERIC W. PAYNE | |
| 6 | PERFORMANCE EVALUATION FOR ERIC PAYNE 10/1/06 TO 10/30/07 | 11/8/16 | 11/8/16 | ERIC W. PAYNE | |
| 15 | EMAIL (trail) FROM JACOBS TO GROSS, PAYNE, ETC - 4/18/08 RE: TALKING POINTS | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 19 | SERIES OF EMAILS FROM ERIC PAYNE TO PAUL LINDQUIST AND BOB ANDARY 5/21/08 RE: SCHEDULE INTERVIEW AT OIO | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |

ERIC W. PAYNE VS. DISTRICT OF COLUMBIA      Civil/Criminal No. 10 CV 679

Government ☐
Plaintiff ☑
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 25 | EMAIL EXCHANGE FROM ERIC PAYNE TO MARK PENDLETON 6-13-08  SUBJECT: CAN WE HAVE BREAKFAST | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 26 | EMAIL FROM MARK PENDLETON TO ERIC PAYNE 6-13-08  SUBJECT: CRIMINAL CONVICTION OF A STATE PROCUREMENT OFFICIAL | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 28 | E-MAIL CORRESPONDENCE FROM ERIC PAYNE TO JOSEPH GIDDIS AND TREVA SAUNDERS 6-26-08 RE: OIG AUDIT NOTIFICATION LETTER | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 30 | E-MAIL FROM ERIC PAYNE TO ROBERT ANDARY 6-27-08 - SUBJECT DOTTIE LOVE WADE FOLLOW UP (TRAIL) | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 53 | EMAIL FROM ERIC PAYNE TO J BRIGHT - 11/25/08 - SUBJECT: ORDER TO STOP WORKING ON ADDITIONAL TASKS | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 37 | E-MAIL FROM ERIC PAYNE TO J. BRIGHT 8-5-08 - SUBJECT BDO SEIDMAN CONTRACT | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 38 | E-MAIL 8-5-08 FROM ERIC PAYNE TO J. BRIGHT SUBJECT RETALIATION E-MAILS | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 42 | EMAIL FROM ERIC PAYNE TO BRIGHT 10/6/08 - SUBJECT: DC OFCO INVOICES - OTHER EMAILS | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 50 | E-MAIL FROM ERIC PAYNE TO J BRIGHT 11/21/08 SUBJECT: QUOTATIONS FOR PROJECTS W/ THE DISTRICT OCFO (ADMITTED - SUBJECT TO REDACTION) | 11/9/16 | REDACTION | ERIC W. PAYNE | |
| 52 | E-MAIL FROM PAYNE TO J. BRIGHT 11-25-08 - SUBJECT DC SOAR PHASE II INITIAL COSTS ESTIMATE | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |

ERIC W. PAYNE             VS.             Civil/Criminal No.   10 CV 679

DISTRICT OF COLUMBIA

Government ☐
Plaintiff ☑
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 58 | EMAIL FROM ERIC PAYNE TO JODY HARRINGTON 12/10/08 - SUBJECT TO DEBARMENT DECISIONS FOR AFFILIATED CONSTRUCTION GROUP AND ARTHUR WAYNE BROWN (WITH REDACTIONS) | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 59 | EMAIL FROM PAUL LUNDQUIST TO ERIC PAYNE 12-10-98 SUBJECT: WORK UPDATE | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 62 | EMAIL FROM PAUL LUNDQUIST TO ERIC PAYNE 12/11/08 SUBJECT: LTE APPEAL- FOLLOW UP | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 39 | EMAIL FROM ERIC PAYNE TO PAUL LUNDQUIST 9-27 TO 9/29, 2008 - SUBJECT ASSISTANCE (TRAIL) (FIRST 2 PAGES) | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 41 | EMAIL FROM ERIC PAYNE TO PAUL LUNDQUIST 10-1-08 SUBJECT OFFICE MOVE ITEMS (FIRST 2 PAGES) | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 45 | EMAIL FROM ANGELL JACOBS TO ERIC PAYNE 11/2008 - SUBJECT: LTE PROTEST "WE WON" (FIRST 2 PAGES ONLY) | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 64 | EMAIL FROM ERIC PAYNE TO PAUL LUNDQUIST 12/12/08 SUBJECT SATURDAY | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 68 | EMAIL FROM ERIC PAYNE TO DAVID UMANSKY 12-16-08 SUBJECT : LTE SUMMARY OF LIQUIDATED DAMAGES LETTERS  (REDACTION) | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 69 | EMAIL FROM ERIC PAYNE TO PAUL LUNDQUIST 12-16-08 SUBJECT: MUNISERVICES, A COUPLE OF FACT QUESTIONS - PRIVILEDGED AND CONFIDENTIAL | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 72 | EMAIL FROM ERIC PAYNE TO JOHN KULISH 12/16/08 SUBJECT MUNISERVICES FOLLOW UP (SUBJECT TO REDACTIONS) | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |

ERIC W. PAYNE    VS.    Civil/Criminal No. 10 CV 679

DISTRICT OF COLUMBIA

- [ ] Government
- [✓] Plaintiff
- [ ] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 74 | EMAIL FROM ERIC PAYNE TO PAUL LUNDQUIST 12/30/08 - SUBJECT: AUDIT UPDATE | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 75 | EMAIIL FROM ERIC PAYNE TO PAUL LUNDQUIST DATED 1/8/09 - SUBJECT WATER DAMAGE | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 76 | EMAIL FROM PAUL LUNDQUIST TO ERIC PAYNE DATED 1/8/09 - SUBJECT METTING ANS STATUS OF ADMIN ITEMS | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 78 | EMAIL FROM PAUL LUNDQUIST TO ERIC PAYNE DATED 1/9/09 SUBJECT FW ERIC PAYNE | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 94 | ERIC W. PAYNE'S ELECTRIC AND WATER BILLS (ADMITTED OVER DEFENDANT'S OBJECTION) | 11/9/16 | 11/16/16 | ERIC W. PAYNE | |
| 98 | ERIC PAYNE'S INCOME TAX FILINGS (2006 - 2015) (with redactions) | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 100 | ERIC PAYNE'S PHOTOGRAPHS OF OFFICE (A-D) | 11/9/16 | 11/9/16 | ERIC W. PAYNE | |
| 108 | ERIC PAYNE'S POST TERMINATION EMPLOYMENT LETTERS (A - Z) | 11/10/16 | 11/10/16 | ERIC W. PAYNE | |
| 83K | J BRIGHT AND DENMARK SLAY INTERVIEW OF ERIC PAYNE 10/1/08 | 11/10/16 | 11/10/16 | ERIC W. PAYNE | |
| 83G | J BRIGHT AND SA EMILY HOSENBACKEZ INTERVIEW OF ERIC PAYNE DATED 7/29/08 | 11/10/16 | 11/10/16 | EMILY HOSENBACKEZ | |

| Government ☐ | ERIC W. PAYNE | | | Civil/Criminal No. | 10 CV 679 |
|---|---|---|---|---|---|
| Plaintiff ☑ | VS. | | | | |
| Defendant ☐ | DISTRICT OF COLUMBIA | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 83L | J BRIGHT AND EMILY HOSENBACKZ INTERVIDEW OF JOE GIDDIS DATED 10/2/08 | 11/10/16 | 11/10/16 | EMILY HOSENBACKZ | |
| 36 | EMAIL FROM ANGELL JACOBS TO PAUL LUNDQUIST DATED 8/5/08 - SUBJECT: ABSENT WITHOUT LEAVE | 11/14/16 | 11/14/16 | ANGELL JACOBS | |
| 18 | E-MAIL FROM GANDHI TO JACOBS, DICKINSON, LUNDQUIST 5/15/08 RE: MEETING | 11/15/16 | 11/15/16 | PAUL LUNDQUIST | |
| 7 | PERFORMANCE EVALUATION FOR ERIC PAYNE 10/1/07 TO 9/30/08 | 11/15/16 | 11/15/16 | PAUL LUNDQUIST | |
| 92 | DR AMY NOBU'S MEDICAL RECORDS (ONLY NOTES RELATED TO HER TESTIMONY) - ADMITTED IN PART | 11/15/16 | 11/15/16 | DR. AMY NOBU | |
| 93A | ERIC PAYNE'S MEDICAL BILLS FROM DR REGINALD NETTLES | 11/15/16 | 11/15/16 | DR. REGINALD NETTLES | |
| 93B | ERIC PAYNE'S MEDICAL BILLS - FROM DR. AMY NOBU W/REDACTIONS - (ADMITTED IN PART) | 11/15/16 | 11/15/16 | DR. AMY NOBU | |
| 90 | MEDICAL RECORDS FROM DR. REGINALD NETTLES OFFICE AS RELATED TO THE TREATMENT OF ERIC W. PAYNE | 11/16/16 | 11/16/16 | DR. REGINALD NETTLES | |
| 80A & 80B | REPORT OF INVESTIGATION FROM ROBERT G. ANDARY - 7/29/08 (SUBJECT TO REDACTIONS) | 11/16/16 | 11/16/16 | STIPULATED BY PARTIES | |
| 94 | ELECTRIC AND WATER BILLS - ERIC PAYNE | 11/16/16 | 11/16/16 | ERIC PAYNE | |

ERIC W. PAYNE

VS.

DISTRICT OF COLUMBIA

Civil/Criminal No. 10 CV 679

Government ☐
Plaintiff ☑
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 95 | ERIC PAYNE - GARNISHMENT | 11/16/16 | 11/16/16 | BRANDY SANDERS PAYNE | |
| 16 | MEETING NOTES: ERIC PAYNE, GRAHAM AND GANDHI | 11/18/16 | 11/18/16 | ANGELL JACOBS | |